**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000355**
**06-FEB-2015**
**12:43 PM**

CAAP-14-0000355

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
WILLIAM MCDONNELL, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR. NO. 13-1-0002)

ORDER GRANTING IN PART AND
DENYING IN PART MOTION FOR RECONSIDERATION
AND
ORDER AMENDING THE JANUARY 30, 2015 SUMMARY DISPOSITION ORDER
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Defendant-Appellant WILLIAM MCDONNELL's Motion for Reconsideration, filed on January 30, 2015, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is granted in part to the extent that said motion requests Judge Reifurth to reconsider his concurring opinion; said concurring opinion is hereby withdrawn and a new concurring and dissenting opinion by Judge Reifurth will be filed forthwith.

IT IS FURTHER ORDERED that the motion is denied in part with respect to the request that the majority reconsider the January 30, 2015 Summary Disposition Order.

Finally, IT IS HEREBY ORDERED that the By-line of the January 30, 2015 Summary Disposition Order is amended to read as follows: (By: "Leonard, Presiding Judge, Ginoza, J.; and Reifurth, J., concurring and dissenting separately.") The clerk of the court is hereby directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, February 6, 2015.

On the motion:

Craig W. Jerome
Deputy Public Defender
for Defendant-Appellant

Presiding Judge

Associate Judge

Associate Judge

-2-